# United States Court of Appeals
## For the First Circuit

---

No. 13-1384

MARIBEL VÁZQUEZ-ROBLES,

Plaintiff, Appellee,

v.

COMMOLOCO, INC.,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on June 27, 2014 is corrected as follows:

On p.6, ll.8-11, the sentence should read as follows:

"As part of her opposition to the motion, the plaintiff tendered a declaration from her process server, Yma González Marrero (the González Declaration), describing the steps she had taken in an effort to ensure proper service of process."